[No. 24136-0-III.   Division Three.   April 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. J.E., *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 04-1-00210-1, Kenneth L. Jorgensen, J., entered April 28, 2005. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Sweeney, C.J., and Brown, J.

[Nos. 24243-9-III; 24347-8-III.   Division Three.   April 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY J. BOTEILHO, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, No. 00-1-02473-9, Neal Q. Rielly, J., entered April 8 and July 13, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kato, J. Pro Tem.

[No. 24509-8-III.   Division Three.   April 12, 2007.]

*In the Matter of the Detention of* RONALD D. LOVE, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 01-2-50028-0, Robert G. Swisher, J., entered August 18, 2005. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kulik, J.